___ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

MARK J. WENKER
Assistant United States Attorney
Arizona State Bar Number 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Mark.Wenker@usdoj.gov
Attorneys for Movant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN RE:<br>Forfeiture Proceeding Involving the Bureau of Alcohol, Tobacco, Firearms and Explosives seizure of:<br><br>$413,270.97 value of Robinhood investment acct no. 984875583, *et al.* | ] MC-21-0013-PHX-DJH<br><br>*EX PARTE* MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE<br><br>(First Request)<br>(Filed Under Seal) |
|---|---|

Movant United States of America moves to extend the government's deadline for filing a civil complaint for forfeiture for the above $413,270.97 value of Robinhood investment acct no. 984875583, *et al.*, that has been seized and/or obtaining an indictment for Christopher Michael Fiorentino alleging forfeiture of the same assets for sixty (60) days, from the current deadline of April 8, 2021 to June 7, 2021. This motion is supported by the attached declaration of Special Agent Jacob Gibbons.

As described in the attached declaration, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) began an investigation in June of 2019 of Christopher Michael Fiorentino (Fiorentino) who was suspected of dealing in firearms without a license, firearms trafficking, and money laundering. Fiorentino was arrested on October 6, 2020, and then indicted in this district on October 14, 2020 on one count of possession of

unregistered firearms, 26 U.S.C. §§ 5841, 5861(d) and 5871. *United States v. Fiorentino*, CR 20-642-PHX-MTL. In that case, the government seeks to forfeit the four unregistered firearms that Fiorentino allegedly possessed. However, additional assets, which are the subject of this motion, were seized. These additional assets can only be forfeited in the pending criminal case if additional charges, such as money laundering and dealing in firearms without a license, are brought. ATF is completing its investigation on these additional charges and, if the evidence warrants, the government intends to present a superseding indictment to the grand jury that would allow for forfeiture of these assets. The government seeks an extension of time to allow it to complete its investigation into these possible additional charges. Without an extension, the government would be compelled to file and litigate a civil forfeiture complaint, which negatively impact the investigation into and prosecution of possible additional charges and alert Fiorentino that he may face additional charges.

On October 6 and 7, 2020, ATF seized of the following assets pursuant to search and seizure warrants:

1. $413,270.97 value of Robinhood investment acct no. 984875583;
2. 2018 Aston Martin DB11, MT registration: L0RDWAR, VIN: SCFRMFAV7JGL03618
3. 2020 Mercedes-Benz Model G, MT registration: 469339B, VIN: WDCYC6BJ2LX334023
4. COINBASE Account Cryptocurrency valued at $289,652.00 US Currency
5. $1,300 United States Currency
6. $40.00 US Currency
7. $344.00 US Currency
8. $10,860.00 US Currency
9. Wells Fargo Bank Account- Savings, $54.65 US Currency
10. Wells Fargo Checking Account, $41,326.75 US Currency

11. Wells Fargo Checking Account, $45,510.36 US Currency
12. Coins: Five American Gold Eagle Coins, Four South Africa Gold Krugerrand, Three Canadian Gold Maple Leaf, Two Austrian Gold Philharmonic Coins valued at $26,261.65
13. Ten (10) rounds other ammunition, caliber 9mm
14. Numerous Firearms (see below list of firearms seized, a through www, collectively "the seized firearms")
    a. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009360
    b. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271-005530
    c. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009348
    d. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009366
    e. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009047
    f. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009355
    g. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009354
    h. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009361
    i. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005531
    j. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005533
    k. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005532
    l. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009365
    m. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009353
    n. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005539
    o. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009363
    p. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009364
    q. Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005538
    r. Heckler & Koch Inc. MR 223 Rifle CAL:223 SN:143019551
    s. Heckler & Koch Inc. USP9 COMPACT Pistol CAL:9 SN:114001126
    t. Sig Sauer (SIG-Arms) 93 Rifle CAL:762 SN:3394

| | | |
|---|---|---|
| 1 | u. | Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005540 |
| 2 | v. | FNH USA, LLC FN57 Pistol CAL:57 SN:386103948 |
| 3 | w. | Heckler & Koch Inc. Mark 23 Pistol CAL:45 SN:23022289 |
| 4 | x. | HECKLER & KOCH INC MR 223 Pistol CAL:223 SN:143021973 |
| 5 | y. | Heckler & Koch Inc. P7E Pistol CAL:9 SN:1578912 |
| 6 | z. | HECKLER & KOCH INC. SFP9 Pistol CAL:9 SN:239002112 |
| 7 | aa. | HECKLER & KOCH INC. M8 Pistol CAL:9 SN:16102317 |
| 8 | bb. | HECKLER & KOCH INC. 23 Pistol CAL:.45 SN:23022290 |
| 9 | cc. | SIG SAUER (SIG-ARMS) Sig Sport 550 Rifle CAL:.223 SN:SG42329 |
| 10 | dd. | HECKLER & KOCH INC. P8 Pistol CAL:.40 SN:115008915 |
| 11 | ee. | Action Arms Uzi Unknown Pistol CAL:9 SN:19230 |
| 12 | ff. | Glock Inc. 44 Pistol CAL:22 SN:AEHZ186 |
| 13 | gg. | HECKLER & KOCH INC. HK33k Rifle CAL:.223 SN:A129163 |
| 14 | hh. | Unknown Uzi Pistol CAL:.45 SN:UP52352 |
| 15 | ii. | Sig-Sauer Sig Sport 550 Rifle CAL:.223 SN:SG423293 |
| 16 | jj. | HECKLER & KOCH INC. MR 223 Rifle CAL:.223 SN:143021901 |
| 17 | kk. | HECKLER AND KOCH G3K Rifle CAL:7.62 SN:A054482 |
| 18 | ll. | HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143021964 |
| 19 | mm. | Ruger 10/22 Rifle CAL:22 SN:35987087 |
| 20 | nn. | STEYR AUG Rifle CAL:9 SN:GSI138SA |
| 21 | oo. | HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143019552 |
| 22 | pp. | Interarms M62/S Rifle CAL:7.62 SN:135707 |
| 23 | qq. | HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143019566 |
| 24 | rr. | HECKLER & KOCH INC. Unknown Pistol CAL:9x19 SN:215009362 |
| 25 | ss. | INTRATEC TEC22 Pistol CAL:22 SN:079195 |
| 26 | tt. | Adler Jager AP80 Rifle CAL:22 SN:027814 |
| 27 | uu. | SIG SAUER (SIG-ARMS) Sport 550 Rifle CAL:223 SN:SG423292 |
| 28 | | |

| | | |
|---|---|---|
| 1 | vv. | HECKLER & KOCH INC. SP5 Pistol CAL:9 SN:271005534 |
| 2 | ww. | VECTOR ARMS, INC. Unknown Rifle CAL:multi-cal SN:508412 |
| 3 | xx. | Adler Jager AP85 Rifle CAL:22 SN:2029 |
| 4 | yy. | HECKLER & KOCH INC. P8 Pistol CAL:40 SN:115008914 |
| 5 | zz. | HECKLER & KOCH INC. MP5 Pistol CAL:40 SN:17582 |
| 6 | aaa. | HECKLER & KOCH INC. 416C Pistol CAL:556 SN:171000002 |
| 7 | bbb. | HECKLER & KOCH INC. 416C Pistol CAL:556 SN:171000003 |
| 8 | ccc. | Colt Unknown Rifle CAL:.308 SN:MCC000820 |
| 9 | ddd. | HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143019549 |
| 10 | eee. | HECKLER & KOCH INC. HK94 Rifle CAL:9 SN:557 |
| 11 | fff. | Unknown Manufacturer IMI Uzi Pistol CAL:9 SN:UP19596 |
| 12 | ggg. | Heckler and Koch P8 A1 Pistol CAL:9 SN:038 |
| 13 | hhh. | HECKLER AND KOCH P8 A1 Pistol CAL:9 SN:013 |
| 14-15 | iii. | HECKLER AND KOCH USP9 COMPACT Pistol CAL:9 SN:27-000025 |
| 16 | jjj. | HECKLER AND KOCH SP89 Pistol CAL:9 SN:21-26625 |
| 17 | kkk. | HECKLER AND KOCH SP89 Pistol CAL:9 SN:21-26626 |
| 18 | lll. | Glock Inc. 43X Pistol CAL:9 SN:BNUY334 |
| 19 | mmm. | Vector Arms, Inc. Mini Rifle CAL:9 SN:MC07659 |
| 20 | nnn. | HECKLER & KOCH INC. SP5K Rifle CAL:9 SN:271005537 |
| 21 | ooo. | HECKLER AND KOCH MP5K Rifle CAL:9 SN:None |
| 22-23 | ppp. | KNIGHTS MANUFACTURING CO. Stoner SR-15 Rifle CAL:556 SN:KM01 |
| 24 | qqq. | HECKLER & KOCH INC. MP510 Rifle CAL:10 SN:10402867 |
| 25 | rrr. | HECKLER & KOCH INC. MP540 Rifle CAL:40 SN:12996 |
| 26 | sss. | Heckler & Koch Inc. 53C Pistol CAL:556 SN:112940 |
| 27 | ttt. | Heckler & Koch Inc. MP5 Pistol CAL:9 SN:None |

|   |   |
|---|---|
| 1 | uuu. Unknown Manufacturer Unknown Full Auto Trigger Pack CAL:Unkn |
| 2 | vvv. Unknown Manufacturer Unknown Full Auto Trigger Pack CAL:Unkn |
| 3 | www. Min Shan Factory Unknown Rifle CAL:7.62 SN:101732 |

(collectively "the Seized Property").

On December 8, 2020, ATF initiated administrative forfeiture proceedings for the Seized Property and sent notice to the potential claimants. On January 7, 2021, Fiorentino submitted administrative claims to the Seized Property and therefore the agency referred the matter to the United States Attorney to initiate judicial forfeiture, civil or criminal.

The United States normally is required to file a civil complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding. 18 U.S.C. § 983(a)(3)(A). In this case, the deadline is April 8, 2021, unless the Court extends the deadline for good cause shown or by agreement of the parties. *Id.*

As noted, Fiorentino has been indicted. However, the only count, possession of unregistered firearms, would not allow or permit forfeiture of the assets at issue here. The government therefore requests an extension of its filing deadline under 18 U.S.C. § 983(a)(3)(A) because, as explained in the attached declaration, ATF is conducting an ongoing criminal investigation into additional charges. ATF and the criminal AUSA are waiting for the ATF Firearms and Ammunition Technology Division (FATD) to complete its analysis, which has been delayed because of COVID. Once the analysis and investigation are completed, a charging decision will be made as to whether the government will present a superseding indictment to the grand jury that would include additional charges that would allow forfeiture of the Seized Property. ATF has submitted approximately nine firearms to FATD for official analysis and determination of their qualification under the National Firearms Act (NFA). Due to the COVID pandemic, there have been delays in completing the analysis, which must be completed before charging decisions can be made and a superseding indictment sought.

Courts have held that an ongoing investigation constitutes good cause for extending deadlines to commence administrative or judicial forfeiture under 18 U.S.C. § 983. *United States v. Real Property Located at 475 Martin Lane*, 545 F.3d 1134, 1141 (9th Cir. 2008). Although Fiorentino is aware of the seizure of the property that is the subject of this motion, he is not aware of the entire breadth of the ongoing investigation and the possibility that he will be charged with additional counts. The filing of a civil forfeiture complaint at this time may jeopardize and harm ATF's ongoing criminal investigation as Fiorentino could learn of the scope of the federal investigation and he could flee, destroy evidence, dissipate assets, or otherwise obstruct the ongoing investigation.

For the above reasons, the government requests that the Court grant its *Ex Parte* Motion to Extend Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture and extend the filing deadline for 60 days, from April 8, 2021 to June 7, 2021.

Respectfully submitted this 2nd day of April, 2021.

    PAUL ANTHONY MARTIN
    Acting United States Attorney
    District of Arizona

    */S/ Mark J. Wenker*
    MARK J. WENKER
    Assistant United States Attorney

## DECLARATION OF SPECIAL AGENT

I, Jacob Gibbons, declare:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and I am currently assigned to the Phoenix Field Division.

2. This declaration is submitted in support of the United States' *ex-parte* motion to extend time to file a forfeiture complaint and/or to obtain an indictment alleging forfeiture. I believe good cause exists to extend the time for 60 days under 18 U.S.C. § 983(a)(3)(A). The facts stated below are a summary of my investigation and are not all facts obtained throughout the investigation.

3. In June of 2019 an investigation was initiated of an individual suspected of dealing in firearms without a license, firearms trafficking, and money laundering. The individual was Christopher Michael FIORENTINO.

4. In June 2019, SA Gibbons was contacted by SA Grimmer from ATF Tampa Field Division in reference to the seizure of a suspected unregistered National Firearms Act short barreled rifle (NFA SBR) that was transferred by FIORENTINO to an individual in Tampa. The firearm was sold by FIORENTINO on Gunbroker.com. The firearm was confirmed to qualify as an NFA SBR by ATF Firearms and Ammunition Technology Branch (FATD).

5. During further investigation into FIORENTINO, it was discovered that there were three (3) previous investigations opened by ATF regarding FIORENTINO (785000-09-0001, 785115-12-0006, 768030-11-0020). Case 768030-11-0020 involved the transfer of a machinegun to a Federal Firearms Licensee in Richmond, VA where a warning letter was issued to and proffer was conducted of FIORENTINO.

6. Investigators discovered suspicious financial transaction and structuring of deposits related to possible firearms trafficking activity, including total deposits over $3,000,000. Investigators identified Limited Liability Companies (LLCs) managed by FIORENTINO (Vista Defense International, The Fiorentino Group, Hephaestus Manufacturing, and Advanced Enzyme Research). It was noted the stated businesses had no known storefront, website, customer interface, no known or stated business partners or employees, and possessed names similar to those of other legitimate businesses.

7. It was confirmed FIORENTINO did not possess a Federal Firearms License (FFL) and had no known source of income other than illegally dealing in firearms. Arizona

Department of Economic Security reported no record of wages, nor historical records, for FIORENTINO's social security number nor any of his associated LLCs.

8. Large financial transfers of money were identified based on grand jury subpoena compliance relating to two FFL's: Survival Arms, LLC and High End Armament. FIORENTINO had total deposits of over $1,600,000 from Survival Arms and over $300,000 from High End Armament. Memos on the deposits specifically note known makes/models of firearms. Other financial transactions related to dealing in firearms without a license and money laundering activity were identified.

9. FIORENTINO was identified traveling to and from Austria and Switzerland on several occasions to purchase firearms from distributors and manufacturers. FIORENTINO was flagged for secondary inspection with Customs and Border Protection (CBP) upon return to the United States. FIORENTINO has been detained by CBP on several occasions and interviewed. In the detention interviews, FIORENTINO admits to traveling for business on behalf of his company, Vista Defense International, to purchase firearms and import firearms.

10. Through further investigation, FIORENTINO was identified as traveling to LIMEX Defense in Austria, ordering/financing imports of large quantities of firearms through a licensed importer, later identified as Trident, LLC Trident holds valid FFL to import firearms and destructive devices and is managed by Sean R. Sullivan), Fiorentino also sells those firearms to other FFL's or distributors in the United States. Imports of firearms from LIMEX Defense to Trident, LLC were confirmed through ATF Form 6s; 6As; which list make, model, caliber, and quantity of firearms being imported; and CBP Imports records. On one occasion FIORENTINO planned, arranged, and financed the importation of approximately 247 Heckler and Koch pistols from LIMEX Defense in Austria.

11. Between January 2018 and February 2020, there were approximately 128 United States Postal Service Click-n-Ship transactions listed utilizing FIORENTINO's email account (cmtino@hotmail.com). Transactions specifically noted include 27 transactions with the recipient, Survival Arms LLC, 13433 NE 20th Street, Suite 3, Bellevue Washington, 98005; and on June 12, 2019, a transaction with recipient, Shooters World, 116 E. Fletcher Ave, Tampa, Florida, 33612 (the latter corresponds with the shipment of an unregistered NFA SBR that was seized by Agent Grimmer on July 9, 2019). Shipments were from various USPS locations in the Phoenix, Arizona area.

12. SA Gibbons reviewed grand jury subpoena compliance from Gunbroker.com regarding an account associated with FIORENTINO ("Mr_Big_Koch"). SA Gibbons identified approximately 34 items posted for sale by FIORENTINO between February 2019 and July 2019. All of the items identified have descriptions known to ATF as describing firearm makes, models, calibers, and/or refer to types of firearm parts.

13. A search warrant was served on Microsoft Corporation for the account associated with cmtino@hotmail.com. FIORENTINO was identified as the responsible person for the account. Numerous emails regarding firearms purchases and sales were identified, including discussions regarding payment. Conversations related to the purchase or sale of NFA weapons were also identified.

14. FIORENTINO was associated with approximately 6 ATF Multiple Sale Summaries documenting the transfer of firearms. All of the multiple sale summaries were submitted by Magnum Mikes, an FFL in Phoenix, AZ. SA Gibbons obtained 14 ATF Form 4473s documenting the transfer of approximately 197 firearms to FIORENTINO between December of 2019 and October of 2020. The address listed on the ATF Form 4473s was later identified as belonging to FIORENTINO's mother, and not FIORENTINO's place of residence. An interview of Michael Korstange, owner of Magnum Mikes, revealed he had transferred numerous firearms on FIORENTINO's behalf to other FFLs and the ATF Form 4473s only document those transferred to FIORENTINO directly. A copy of Magnum Mikes acquisition and disposition record was obtained.

15. On October 6 and 7, 2020, ATF seized the following assets pursuant to search and seizure warrants:

    - ACH Robinhood investment account in the amount of $413,270.97 US Currency.
    - 2018 Aston Martin DB11 VIN: SCFRMFAV7JGL03618
    - 2020 Mercedes-Benz G550 VIN: WDCYC6BJ2LX334023
    - COINBASE Account Cryptocurrency valued at $289,652.00 US Currency
    - $1,300 US Currency
    - $40.00 US Currency
    - $344.00 US Currency
    - $10,860.00 US Currency
    - Wells Fargo Bank Account- Savings, $54.65 US Currency
    - Wells Fargo Checking Account, $41,326.75 US Currency

- Wells Fargo Checking Account, $45,510.36 US Currency
- Coins: Five American Gold Eagle Coins, Four South Africa Gold Krugerrand, Three Canadian Gold Maple Leaf, Two Austrian Gold Philharmonic Coins valued at $26,261.65
- 10 rounds other ammunition, caliber 9mm
- Numerous Firearms (see attached list of firearms seized, collectively "the seized firearms")

(collectively "the seized assets")

16. ATF commenced its administrative forfeiture process for the seized firearms and ammunition and on January 7, 2021, FIORENTINO filed an administrative claim with the ATF.

17. ATF has made a criminal referral to the USAO in Phoenix and FIORENTINO was indicted in CR 20-642. The government may seek a superseding indictment for FIORENTINO pending official determination of firearm classifications. The USAO and ATF are continuing its investigation of possible charges, including false statements while purchasing firearms (18 U.S.C. § 924(a)(1)(A)), engaged in the business of dealing firearms without a license (18 U.S.C. § 922(a)(1)(A)), firearms trafficking (18 U.S.C. § 924(n), money laundering (18 U.S.C. § 1956(a)(2)), structuring transactions to evade reporting requirements (31 U.S.C. § 5324(a)(1)), and possession of unregistered firearms (26 U.S.C. § 5861(d)). Additional information is being gathered, including via the grand jury, and I believe that the USAO will make a charging decision within the additional requested 60 days. If criminal charges are brought, the government intends to pursue forfeiture of the seized assets, firearms, and ammunition.

18. ATF has submitted approximately nine firearms to ATF Firearms and Ammunition Technology Division (FATD) for official analysis and determination of their qualification under the National Firearms Act (NFA). Due to increased submittals as a result of the COVID pandemic, there have been delays in formal analysis. The analysis of the firearms is necessary prior to seeking a superseding indictment.

19. Due to the COVID pandemic, District of Arizona Grand Juries were suspended and have not met regularly creating delays in the grand jury subpoena process and private sector subpoena compliance.

20. I believe that if an extension is not granted, the ongoing criminal investigation could be negatively impacted, including for the following reasons:

    a) Persons being investigated could learn of the scope of the federal investigation;

    b) Individuals connected to this investigation could flee, destroy evidence of their criminal activity, dissipate assets, or otherwise obstruct the purposes of this ongoing investigation;

    c) Providing notice of civil judicial forfeiture could jeopardize the United States' ability to seize additional assets, which may be subject to forfeiture proceedings.

21. I declare under penalty of perjury under the laws of the United Stated that the foregoing is true and correct.

Executed on March 31, 2021, at Phoenix, Arizona.

Jacob Gibbons
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009360

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271-005530

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009348

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009366

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009047

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009355

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009354

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009361

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005531

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005533

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005532

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009365

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009353

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005539

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009363

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:215009364

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005538

Heckler & Koch Inc. MR 223 Rifle CAL:223 SN:143019551

Heckler & Koch Inc. USP9 COMPACT Pistol CAL:9 SN:114001126

Sig Sauer (SIG-Arms) 93 Rifle CAL:762 SN:3394

Heckler & Koch Inc. SP5 K Pistol CAL:9 SN:271005540

FNH USA, LLC FN57 Pistol CAL:57 SN:386103948

Heckler & Koch Inc. Mark 23 Pistol CAL:45 SN:23022289

HECKLER & KOCH INC MR 223 Pistol CAL:223 SN:143021973

Heckler & Koch Inc. P7E Pistol CAL:9 SN:1578912

HECKLER & KOCH INC. SFP9 Pistol CAL:9 SN:239002112

HECKLER & KOCH INC. M8 Pistol CAL:9 SN:16102317

HECKLER & KOCH INC. 23 Pistol CAL:.45 SN:23022290

SIG SAUER (SIG-ARMS) Sig Sport 550 Rifle CAL:.223 SN:SG42329

HECKLER & KOCH INC. P8 Pistol CAL:.40 SN:115008915

Action Arms Uzi Unknown Pistol CAL:9 SN:19230

Glock Inc. 44 Pistol CAL:22 SN:AEHZ186

HECKLER & KOCH INC. HK33k Rifle CAL:.223 SN:A129163

Unknown Uzi Pistol CAL:.45 SN:UP52352

Sig-Sauer Sig Sport 550 Rifle CAL:.223 SN:SG423293

HECKLER & KOCH INC. MR 223 Rifle CAL:.223 SN:143021901

HECKLER AND KOCH G3K Rifle CAL:7.62 SN:A054482

HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143021964

Ruger 10/22 Rifle CAL:22 SN:35987087

STEYR AUG Rifle CAL:9 SN:GSI138SA

HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143019552

Interarms M62/S Rifle CAL:7.62 SN:135707

HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143019566

HECKLER & KOCH INC. Unknown Pistol CAL:9x19 SN:215009362

INTRATEC TEC22 Pistol CAL:22 SN:079195

Adler Jager AP80 Rifle CAL:22 SN:027814

SIG SAUER (SIG-ARMS) Sport 550 Rifle CAL:223 SN:SG423292

HECKLER & KOCH INC. SP5 Pistol CAL:9 SN:271005534

VECTOR ARMS, INC. Unknown Rifle CAL:multi-cal SN:508412

Adler Jager AP85 Rifle CAL:22 SN:2029

HECKLER & KOCH INC. P8 Pistol CAL:40 SN:115008914

HECKLER & KOCH INC. MP5 Pistol CAL:40 SN:17582

HECKLER & KOCH INC. 416C Pistol CAL:556 SN:171000002

HECKLER & KOCH INC. 416C Pistol CAL:556 SN:171000003

Colt Unknown Rifle CAL:.308 SN:MCC000820

HECKLER & KOCH INC. MR 223 Rifle CAL:223 SN:143019549

HECKLER & KOCH INC. HK94 Rifle CAL:9 SN:557

Unknown Manufacturer IMI Uzi Pistol CAL:9 SN:UP19596

Heckler and Koch P8 A1 Pistol CAL:9 SN:038

HECKLER AND KOCH P8 A1 Pistol CAL:9 SN:013

HECKLER AND KOCH USP9 COMPACT Pistol CAL:9 SN:27-000025

HECKLER AND KOCH SP89 Pistol CAL:9 SN:21-26625

HECKLER AND KOCH SP89 Pistol CAL:9 SN:21-26626

Glock Inc. 43X Pistol CAL:9 SN:BNUY334

Vector Arms, Inc. Mini Rifle CAL:9 SN:MC07659

HECKLER & KOCH INC. SP5K Rifle CAL:9 SN:271005537

HECKLER AND KOCH MP5K Rifle CAL:9 SN:None

KNIGHTS MANUFACTURING CO. Stoner SR-15 Rifle CAL:556 SN:KM01

HECKLER & KOCH INC. MP510 Rifle CAL:10 SN:10402867

HECKLER & KOCH INC. MP540 Rifle CAL:40 SN:12996

Heckler & Koch Inc. 53C Pistol CAL:556 SN:112940

Heckler & Koch Inc. MP5 Pistol CAL:9 SN:None

Unknown Manufacturer Unknown Full Auto Trigger Pack CAL:Unkn

Unknown Manufacturer Unknown Full Auto Trigger Pack CAL:Unkn

Min Shan Factory Unknown Rifle CAL:7.62 SN:101732